# Court of Appeals
# of the State of Georgia

ATLANTA,  August 31, 2021

*The Court of Appeals hereby passes the following order:*

## A22A0071. ACTAVO ENGINEERING SERVICES, LLC v. INSIGHT GLOBAL, LLC.

Insight Global, LLC, filed a breach of contract action against Actavo Engineering Services, LLC, which failed to file a timely answer. The trial court entered default judgment, and Actavo Engineering filed a motion to set aside under OCGA § 9-11-60 (d). The trial court denied the motion, and Actavo Engineering appeals. We lack jurisdiction.

"[T]he denial of a motion to set aside a final judgment under OCGA § 9-11-60 is not directly appealable and instead requires the filing of an application for discretionary appeal under OCGA § 5-6-35 (b)." *Jim Ellis Atlanta, Inc. v. Adamson*, 283 Ga. App. 116, 116 (640 SE2d 688) (2006). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Actavo Engineering's failure to follow the required appellate procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
   Clerk's Office, Atlanta,  08/31/2021
   I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
   Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.